**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: James Karnes                                     BK NO. 20-01334 RNO
      Lorrie Karnes
                    Debtor(s)                    Chapter 13


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION and index same on the master mailing list.


                  Respectfully submitted,


                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  215-627-1322