UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

JAMES KARNES
LORRIE KARNES

CASE NO: 5-20-01334-RNO

      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on May 22, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on April 21, 2020.

2) The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully Submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
Email: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

CHAPTER 13

CASE NO: 5-20-01334-RNO

Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss. The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before **June 12,** 2020 and serve a copy on the movant and counsel. Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: May 22, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

CHAPTER 13

Debtor(s)

CASE NO: 5-20-01334-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 22, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J McCRYSTAL, ESQUIRE<br>UPRIGHT LAW, LLC<br>151 MAIN STREET, STE A<br>EMMAUS, PA 18049- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JAMES KARNES<br>LORRIE KARNES<br>326 AUSTIN TRAIL<br>ORANGEVILLE, PA 17859 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2020

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-20-01334-RNO

vs.

JAMES KARNES
LORRIE KARNES

MOTION TO DISMISS

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.