```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 20-01334-RNO
James Karnes                                                        Chapter 13
Lorrie Karnes
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke            Page 1 of 2            Date Rcvd: May 29, 2020
                              Form ID: ntnew341          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db/jdb         +James Karnes,   Lorrie Karnes,    326 Austin Trail,   Orangeville, PA 17859-9219
5321983        +Aes Members 1st Fcu,    Attn: Bankruptcy,    Po Box 40,   Mechanicsburg, PA 17055-0040
5321984        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5321985        +Bank of America,   4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5321986        +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
5321996       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicard,    Citicorp Credit Services; Attn: Centrali,    Po Box 20507,
                 Kansas City, MO 64195)
5321993        +Citibank/Sears,   Citicorp Cr Srvs/Centralized Bk Dept,     Po Box 790034,
                 St Louis, MO 63179-0034
5321994        +Citibank/Sunoco,   Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5321995        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                 St Louis, MO 63179-0034
5322001        +Comenity/Wyndham,   Attn: Bankrupcty,    Po Box 182125,    Columbus, OH 43218-2125
5322003        +First Keystone Comm Ba,    111 W Front Street,    Berwick, PA 18603-4701
5322012        +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,     Cleveland, OH 44101-4982
5329342        +PNC Bank, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
5322008        +Philadelphia FCU,   Attn: Bankruptcy,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
5322010        +Pnc Bank,   Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5322014        +Pnc Mortgage,   Attn: Bankruptcy,    Po Box 8819,   Dayton, OH 45401-8819
5322015        +Suntrust Bank/GreenSky,    Attn: Bankruptcy,    Po Box 29429,   Atlanta, GA 30359-0429
5322026        +Trac/CBCD/Citicorp,   Citicorp Credit/Centralized Bankruptcy,     Po Box 20507,
                 Kansas City, MO 64195-0507
5322027        +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5321989        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 19:28:41     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
5321998        +E-mail/Text: Bankruptcy.RI@Citizensbank.com May 29 2020 19:26:35     Citizens Bank,
                 1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
5321999        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 19:26:43     Comenity Bank/Blair,
                 Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
5322000        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 19:26:43     Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
5322006         E-mail/Text: bankruptcy@fult.com May 29 2020 19:26:59     Fnb Danville,   354 Mill St,
                 Danville, PA 17821
5322007        +E-mail/Text: bankruptcy@huntington.com May 29 2020 19:26:45     Huntington Natl Bk,
                 Attn: Bankruptcy,   P.O. Box 340996,    Columbus, OH 43234-0996
5321991         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 19:28:29     Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
5322017        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:40     Syncb/Home Design Floor,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5322019        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:18     Syncb/PPC,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
5322016        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:18     Syncb/country Home Pro,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5322018        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:28     Syncb/home Design-hi-p,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
5322020        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:40     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po B 965064,   Orkando, FL 32896-5064
5322023        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 19:28:18     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5322028         E-mail/Text: bankruptcydept@wyn.com May 29 2020 19:26:53     Wyndham Vacation Ownership,
                 Attn: Bankruptcy,   Po Box 98940,    Las Vegas, NV 89193
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5321987*       +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
5321988*       +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
5321997*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicorp,    Citicorp/ Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
5321990*       +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
5322002*       +Comenity/Wyndham,   Attn: Bankrupcty,    Po Box 182125,    Columbus, OH 43218-2125
5322004*       +First Keystone Comm Ba,    111 W Front Street,    Berwick, PA 18603-4701
5322005*       +First Keystone Comm Ba,    111 W Front Street,    Berwick, PA 18603-4701
5321992*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
5322013*       +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
5322009*       +Philadelphia FCU,    Attn: Bankruptcy,     12800 Townsend Rd,    Philadelphia, PA 19154-1095
5322011*       +Pnc Bank,    Atn: Bankruptcy Department,     Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
5322021*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po B 965064,    Orkando, FL 32896-5064
5322022*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po B 965064,    Orkando, FL 32896-5064
5322024*       +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5322025*       +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5322029*      ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
                (address filed with court:  Wyndham Vacation Ownership,    Attn: Bankruptcy,    Po Box 98940,
                  Las Vegas, NV 89193)
5322030*      ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
                (address filed with court:  Wyndham Vacation Ownership,    Attn: Bankruptcy,    Po Box 98940,
                  Las Vegas, NV 89193)
5322031*      ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
                (address filed with court:  Wyndham Vacation Ownership,    Attn: Bankruptcy,    Po Box 98940,
                  Las Vegas, NV 89193)
5322032*      ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
                (address filed with court:  Wyndham Vacation Ownership,    Attn: Bankruptcy,    Po Box 98940,
                  Las Vegas, NV 89193)
                                                                               TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Michael J McCrystal    on behalf of Debtor 1 James   Karnes mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              Michael J McCrystal    on behalf of Debtor 2 Lorrie  Karnes mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Karnes,

**Debtor 1**

Lorrie Karnes,

**Debtor 2**

Chapter 13

Case No. 5:20–bk–01334–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 29, 2020 |
|---|---|
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 29, 2020 |

ntnew341 (04/18)