# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-20-01334-RNO

Movant

## WITHDRAWAL OF Withdrawal of Motion to Dismiss Case Certificate of Credit Counseling

AND NOW, on August 6, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Withdrawal of Motion to Dismiss Case Certificate of Credit Counseling filed on or about August 6, 2020 be withdrawn. The Withdrawal of Motion to Dismiss Case Certificate of Credit Counseling was filed in error or was incorrect as filed.

Respectfully Submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 6, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES KARNES
LORRIE KARNES

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

JAMES KARNES
LORRIE KARNES

CHAPTER 13

CASE NO: 5-20-01334-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 6, 2020.

MICHAEL J McCRYSTAL, ESQUIRE
UPRIGHT LAW, LLC
151 MAIN STREET, STE A
EMMAUS, PA  18049-

Respectfully Submitted,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 6, 2020